CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 13 2008

JOHN F. CORCORAN, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHAMSIDDIN MUHAMMAD-ABDULLAH, </br>Petitioner, </br></br>v. </br></br>UNNAMED RESPONDENT, </br>Respondent. | Civil Action No. 7:08-cv-00316 </br></br>**FINAL ORDER** </br></br>By: Hon. James C. Turk </br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice for failure to exhaust state court remedies and is stricken from the active docket of the court.

The Clerk is directed to send a copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 13th day of May, 2008.

/s/ James C. Turk
Senior United States District Judge